**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ ODESSA DIVISION**

|  |  |
|---|---|
| HFT Solutions, LLC, | |
| *Plaintiff/* | Civil Action No. 7:25-cv-00415-DC-DTG |
| *Counterclaim Defendant,* | |
| v. | **JURY DEMANDED** |
| OPTIVER US LLC and OPTIVER TRADING US LLC, | |
| *Defendants/* | |
| *Counterclaim Plaintiffs.* | |

**DECLARATION OF DALE CHANG IN SUPPORT OF PLAINTIFF HFT SOLUTIONS'S
RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Dale Chang, declare and state as follows:

1.    I am a partner at the firm of Russ August & Kabat, counsel for Plaintiff HFT Solutions, LLC. in the above-captioned action. I submit this declaration in support of Plaintiff's Responsive Claim Construction Brief. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.    Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 11,128,305, dated September 21, 2021.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on April 15, 2026 in Chicago, Illinois.

/s/ *Dale Chang*
Dale Chang