**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

HFT SOLUTIONS, LLC,

*Plaintiff/Counterclaim Defendant*,

v.

OPTIVER US LLC and OPTIVER TRADING US LLC,

*Defendants/Counterclaim Plaintiffs*.

Case No. 7:25-CV-00415-DC-DTG
JURY TRIAL DEMANDED

**JOINT CLAIM CONSTRUCTION STATEMENT**

In accordance with the Court's Scheduling Order (Dkt. 24), Plaintiff HFT Solutions, LLC ("Plaintiff" or "HFT") and Defendants Optiver US LLC and Optiver Trading US LLC ("Defendants" or "Optiver") hereby submit this Joint Claim Construction Statement. The claim terms identified below are found in U.S. Patent Nos. 10,931,286 (the "'286 patent"), 11,128,305 (the "'305 patent"), and 11,575,381 (the "'381 patent").

1

## I.    DISPUTED TERMS

HFT's and Optivers' list of disputed terms for construction, in the order addressed in claim construction briefing, is included in Attachment A.

Dated:  May 18, 2026                                                      Respectfully submitted,

/s/ Dale Chang                                                            /s/ Brian A. Rosenthal

Marc Fenster                                                             Brian A. Rosenthal
Brian Ledahl                                                             brosenthal@gibsondunn.com
Dale Chang                                                               Benjamin Hershkowitz
Paul Kroeger                                                             bhershkowitz@gibsondunn.com
Susan Y. Tull                                                            Hyunjong Ryan Jin
Joshua Scheufler                                                         rjin@gibsondunn.com
RUSS AUGUST & KABAT                                                       Alena Farber
12424 Wilshire Blvd. 12th Floor                                          afarber@gibsondunn.com
Los Angeles, CA 90025                                                    GIBSON, DUNN & CRUTCHER LLP
Telephone: 310-826-7474                                                  200 Park Avenue
                                                                         New York, NY 10166
**_ATTORNEYS FOR PLAINTIFF HFT_**                                        (212) 351-4000
**_SOLUTIONS, LLC_**
                                                                         Julia G. Tabat
                                                                         jtabat@gibsondunn.com
                                                                         GIBSON, DUNN & CRUTCHER LLP
                                                                         2001 Ross Avenue, Suite 2100
                                                                         Dallas, TX 75201
                                                                         (214) 698-3100

                                                                         Michael E. Jones
                                                                         mikejones@potterminton.com
                                                                         Shaun W. Hassett
                                                                         shaunhassett@potterminton.com
                                                                         POTTER MINTON
                                                                         102 North College, Suite 900
                                                                         Tyler, TX 75702
                                                                         (903) 597-8311

                                                                         **_Attorneys for Defendants Optiver US LLC_**
                                                                         **_and Optiver Trading US LLC_**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

*/s/ Dale Chang*

**Attachment A**

| Claim Term, Clause, or Phrase | Optiver's Proposed Construction | HFT's Proposed Construction |
|---|---|---|
| "clock domain crossing operations that delay processing"<br><br>'286 patent cl. 10<br>'305 patent cl. 7<br>'381 patent cl. 1<br><br>*Proposed by Optiver* | "clock domain crossing operations, which inherently add a delay to the processing" | Plain and Ordinary |
| "based at least on the first clock signal"<br><br>'286 patent cl. 1<br><br>*Proposed by Optiver* | "based on the first clock signal alone or with other input(s)" | Plain and Ordinary |
| "based at least in part on the first clock signal"<br><br>'286 patent cl. 1<br><br>*Proposed by Optiver* | "based on the first clock signal and other input(s)" | Plain and Ordinary |

1